John J. Talton, Chapter 13 Trustee  Check No. 813282
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-10876 | 006-0 | JOHN H BRITT, JR<br>Original Check written to:<br>LIFELINE AMERIVISION COMMUNICATIONS<br>P.O. BOX 21819<br>TULSA, OK 74121-1819 | xxxxxxxxxxxx0428 | 358.08 | 66.56 | 0.00 | 66.56 |
| 05-10947 | 008-1 | ANTONIO CARL MAY<br>Original Check written to:<br>WELLS FARGO BANK<br>LOSS RECOVERY CENTER<br>P O BOX 30095<br>WALNUT CREEK, CA 94598 | XXXXXXXXX6000XXXX | 4,847.41 | 607.03 | 0.00 | 607.03 |
| 05-11070 | 003-0 | STEPHEN B CHILDRESS<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA 94524-0010 | xxxxxx6546 | 454.12 | 15.37 | 0.00 | 15.37 |
| 05-90574 | 007-0 | JIMMIE BUTLER<br>Original Check written to:<br>HOUSTON CAD<br>P O BOX 112<br>CROCKETT, TX 75835 | xxxxxxxxxxxxxxxxxxxx00 / | 0.00 | 614.70 | 0.00 | 614.70 |
| 05-90574 | 001-0 | JIMMIE BUTLER<br>Original Check written to:<br>DR. SUPRANEE PHONSOMBAT<br>2031CROCKETT ROAD<br>PALESTINE, TX 75801 | | 0.00 | 67.64 | 0.00 | 67.64 |
| 06-10468 | 999-0 | DERRICK D. HARTLEY<br>Original Check written to:<br>DERRICK D. HARTLEY<br>5470 BRISTOL DR<br>BEAUMONT, TX 77707 | | 0.00 | 1.09 | 0.00 | 1.09 |
| 07-10026 | 017-0 | SCHERRY L. HUGHES<br>Original Check written to:<br>CHEVRON CREDIT BANK NA<br>2001 DIAMOND BLVD<br>P O BOX 5010 SEC 230<br>CONCORD, CA 94524-0010 | 4350 | 560.26 | 53.30 | 0.00 | 53.30 |