John J. Talton, Chapter 13 Trustee           Check No. 815085

Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|----------|-----|-------------|-------------|---------|---------------|--------------|-------|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-11070 | 010-0 | STEPHEN B CHILDRESS<br>Original Check written to:<br>G&G ACQUISITIONS, INC.<br>CAMBECE LAW OFFICE, P.C.<br>199 ROSEWOOD DRIVE, # 110<br>DANVERS, MA  01923 | xxxxxxxxxxxxxx3620 | 4,498.60 | 1.01 | 0.00 | 1.01 |
| 06-10202 | 103-0 | AARON J. JOHNSON<br>Original Check written to:<br>AMERICAN HOME MORTGAGE SERVICIING<br>4600 REGENT BLVD, SUITE 200<br>IRVING, TX  75063- | xxx3282 | 582.69 | 1.40 | 14.80 | 16.20 |
| 06-10202 | 116-0 | AARON J. JOHNSON<br>Original Check written to:<br>AMERICAN HOME MORTGAGE SERVICIING<br>4600 REGENT BLVD, SUITE 200<br>IRVING, TX  75063- | | 1,379.92 | 0.00 | 49.81 | 49.81 |